```
_____ FILED  _____ ENTERED
_____ LODGED  ___ RECEIVED

        2004      DJ

        AT SEATTLE
     U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAIGE KAYNER | ) |
| and | ) |
| CHRISTOPHER EMBREY, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE CITY OF SEATTLE, a municipal corporation, | ) |
| and | ) |
| JOHN DOE #1, in his capacity as a police officer for the City of Seattle and as an individual, | ) |
| and | ) |
| JOHN DOE #2, in his capacity as a police officer for the City of Seattle and as an individual, | ) |
| Defendants. | ) |

No. CV4 2567P

COMPLAINT FOR DAMAGES

04-CV-02567-CMP

COMPLAINT FOR DAMAGES - 1

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

## INTRODUCTION

1.      This is a civil action seeking damages against the above-named defendants. The civil claims include a common law tort cause of action, statutory causes of action, and offenses committed under color of law resulting in a deprivation of rights secured by the Constitution and laws of the United States of America.

## JURISDICTION AND VENUE

2.      This Court has personal and subject matter jurisdiction over plaintiffs' federal civil rights claims under Title 42, United States Code, § 1983, and Title 28, United States Code, §§ 1331 and 1343(a)(3).

3.      This Court has pendent jurisdiction over plaintiffs' state law claim and over defendants as to said claim, pursuant to Title 28, United States Code, § 1367 (Judicial Improvements Act of 1990), Public Law No. 101-650, 104 Stat. 5089 (1990).

4.      The acts and omissions complained of herein occurred in King County, Washington, and the defendants are residents and citizens of the State of Washington.

5.      Plaintiffs are residents and citizens of the state of Washington.

6.      Venue in this Court is proper pursuant to Title 28, United States Code, § 1391.

COMPLAINT FOR DAMAGES - 2

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

## PARTIES

7.     Plaintiff Paige Kayner is a citizen of the United States and a citizen and resident of the state of Washington.

8.     Plaintiff Christopher Embrey is a citizen of the United States and a citizen and resident of the state of Washington.

9.     Defendant City of Seattle is a municipal corporation organized under the laws of the State of Washington.  Defendant City of Seattle is sued directly under Title 42, United States Code, § 1983 as to the federal causes of action, and under the doctrine of *respondeat superior* as to the state law cause of action.

10.    Defendant City of Seattle includes, as one of its agencies, the Seattle Police Department.

11.    At all times material to this complaint, police officer defendant John Doe #1 was employed by defendant City of Seattle.  At all times material to this complaint, defendant John Doe #1 was an agent and employee of defendant City of Seattle and was acting within the scope of his employment with the City of Seattle, under color of the laws of the State of Washington.

12.    Defendant John Doe #1 is sued in his individual capacity and in his official capacity as an agent and employee of defendant City of Seattle.

13.    At all times material to this complaint, police officer defendant John Doe #2 was employed by defendant City of Seattle.  At all times material to this complaint, defendant John Doe #2 was an agent and employee of defendant City of Seattle and was acting within the

COMPLAINT FOR DAMAGES - 3

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

scope of his employment with the City of Seattle, under color of the laws of the State of Washington.

14.    Defendant John Doe #2 is sued in his individual capacity and in his official capacity as an agent and employee of defendant City of Seattle.

## FACTUAL ALLEGATIONS

15.    In 2001, plaintiff Paige Kayner was a small business owner in the Pike/Pine neighborhood on Capitol Hill in the City of Seattle. She lived a few blocks from her business with her friend, plaintiff Christopher Embrey.

16.    On New Year's Eve, December 31, 2001, defendant City of Seattle sent officers of the Seattle Police Department to the Capitol Hill area. The officers patrolled the streets. They were armed with weapons provided by the City, including pepper spray, to use against citizens in the Capitol Hill area.

17.    Pepper spray is a dangerous chemical weapon.

18.    Approximately half an hour before midnight on New Year's Eve, 2001, plaintiffs took their cameras and went to the Seattle Central Community College campus to ring in the new year, as they had for the past two years, by watching the fireworks coming from the top of the Space Needle.

19.    There was a parade in the streets, apparently led by a band called the Infernal Noise Brigade. The mood was celebratory, like a party. Plaintiffs took photographs of the people headed to the college campus.

COMPLAINT FOR DAMAGES - 4

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

20.   Plaintiffs arrived on the lawn near the southwest corner of the Seattle Central Community College campus approximately ten minutes before midnight.

21.   Plaintiffs watched the Space Needle fireworks, extended New Years' wishes, and prepared to walk home.

22.   A number of people were gathered in the intersection at Pine Street and Harvard Avenue on Capitol Hill.   As plaintiffs watched, officers of the Seattle Police Department entered the intersection with fire extinguishers, chemical spray, batons and bicycles.  Plaintiffs observed the police pepper-spray people who were not in the parade and on the sidewalks.

23.   Plaintiffs stood on the lawn of the community college campus with their cameras.  Seattle Police Department officers approached them.

24.   As plaintiff Paige Kayner took photographs, defendant John Doe #1 lifted his canister and shot pepper spray at her.  Plaintiff experienced immediate, intense pain and fear.

25.   Plaintiff asked defendant John Doe #1 why he sprayed her.  Defendant John Doe #1 pepper-sprayed her again.

26.   Plaintiff Christopher Embrey asked defendant John Doe #1 why he pepper sprayed Ms. Kayner and told John Doe #1 that they lived there.

27.   Defendant John Doe #2 then sprayed plaintiff Christopher Embrey in the face at close range.  Plaintiff Christopher Embrey experienced immediate intense pain and fear. He fell to the ground as defendants John Doe #1 and #2 stood watching.

COMPLAINT FOR DAMAGES - 5

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

28.     Neither defendant John Doe #1, defendant John Doe #2, nor any of the other Seattle police officers present provided or attempted to provide any water or other first aid to plaintiffs after they were pepper-sprayed.

29.     Seattle police officers told the plaintiffs they had to leave and to move up the hill.

30.     Defendant City of Seattle failed to properly supervise defendants John Doe #1 or John Doe #2.

31.     Defendant City of Seattle failed to train defendants John Doe #1 and John Doe #2 not to fire chemical weapons at unarmed civilians who were at the scene taking photographs.

32.     Plaintiffs were unarmed, peaceful, and did not verbally or physically threaten the defendants in any way.

33.     As a result of the acts and omissions of defendants, plaintiffs suffered personal injuries including, but not limited to, bodily injury, pain and suffering, emotional distress, fear and other consequential damages.

## FIRST CAUSE OF ACTION:
## VIOLATION OF THE FIRST AMENDMENT

34.     Plaintiffs hereby incorporate and reallege as if fully set forth herein each and every allegation of paragraphs 1 through 33.

35.     The acts and omissions of defendants herein were done under color of state law, custom or usage.

COMPLAINT FOR DAMAGES - 6

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

36.     Paige Kayner and Christopher Embrey had a federally-protected right, under the freedom of speech and assembly provisions of the First Amendment to the United States Constitution, to be present on Capitol Hill and to photograph the New Year's Eve events.

37.     The acts and omissions of defendants herein proximately caused the deprivation of the First Amendment rights of the plaintiffs.

38.     As a proximate result of the acts and omissions of defendants and deprivation of plaintiffs' First Amendment rights, plaintiffs suffered personal injuries as set forth hereinabove.

## SECOND CAUSE OF ACTION:
## VIOLATION OF THE FOURTH AMENDMENT PROHIBITION
## AGAINST UNREASONABLE SEIZURES

39.     Plaintiffs hereby incorporate and reallege as if fully set forth herein each and every allegation of paragraphs 1 through 38.

40.     The acts and omissions of defendants herein were done under color of state law, custom or usage.

41.     Paige Kayner and Christopher Embrey were seized, for purposes of the Fourth Amendment to the United States Constitution, by the acts and omissions of defendants set forth herein.

42.     Paige Kayner and Christopher Embrey had a federally-protected right, under the Fourth Amendment, not to be subjected to an unreasonable seizure.

COMPLAINT FOR DAMAGES - 7

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

43.     The acts and omissions of defendants herein proximately caused the deprivation of the Fourth Amendment rights of the plaintiffs.

44.     As a proximate result of the acts and omissions of defendants and deprivation of plaintiffs' Fourth Amendment rights, plaintiffs suffered personal injuries as set forth hereinabove.

**THIRD CAUSE OF ACTION:**
**VIOLATION OF FOURTH AMENDMENT**
**PROHIBITION AGAINST THE USE OF UNREASONABLE FORCE**

45.     Plaintiffs hereby incorporate and reallege as if fully set forth herein each and every allegation of paragraphs 1 through 44.

46.     The acts and omissions of defendants herein were done under color of state law, custom or usage.

47.     Paige Kayner and Christopher Embrey were seized, for purposes of the Fourth Amendment to the United States Constitution, by the acts and omissions of defendants as set forth herein.

48.     Paige Kayner and Christopher Embrey had a federally-protected right, under the Fourth Amendment, not to be subjected to the use of unreasonable force against their persons.

49.     The acts and omissions of defendants herein proximately caused the deprivation of the Fourth Amendment rights of the plaintiffs.

COMPLAINT FOR DAMAGES - 8

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 457-7500
FAX: (206) 467-0101

50.   As a proximate result of the acts and omissions of defendants and the deprivation of plaintiffs' Fourth Amendment rights, plaintiffs suffered personal injuries as set forth hereinabove.

FOURTH CAUSE OF ACTION:
VIOLATION OF THE FOURTEENTH
AMENDMENT DUE PROCESS CLAUSE

51.   Plaintiffs hereby incorporate and reallege as if fully set forth herein each and every allegation of paragraphs 1 through 50.

52.   The acts and omissions of defendants herein were performed under color of state law, custom or usage.

53.   Paige Kayner and Christopher Embrey had federally-protected rights, under the Due Process Clause of the Fourteenth Amendment to the United States Constitution, to remain in a public place of their choice and the right to move from one place to another, in order to observe and photograph the New Year's Eve events on Capitol Hill.

54.   The acts and omissions of defendants herein proximately caused the deprivation of plaintiffs' Fourteenth Amendment rights.

55.   As a proximate result of the acts and omissions of defendants, plaintiffs suffered personal injuries as set forth hereinabove.

COMPLAINT FOR DAMAGES - 9

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 457-7500
FAX: (206) 467-0101

**FIFTH CAUSE OF ACTION:**
**MUNICIPAL LIABILITY OF THE CITY OF SEATTLE**

56.     Plaintiffs hereby incorporate and reallege as though fully set forth herein each and every allegation of paragraphs 1 through 55.

57.     At all times material to this complaint, defendant City of Seattle, by and through its chief of police, had in effect certain explicit and *de facto* policies, practices and customs which were applied to the treatment of civilians on Capitol Hill during the New Year's Eve events, including the use of chemical weapons against innocent civilians such as plaintiffs Paige Kayner and Christopher Embrey.

58.     For purposes of the incident described herein, it was the policy, custom and practice of the City of Seattle to utilize unreasonable force in violation of the First, Fourth and Fourteenth Amendment rights of the plaintiffs, set forth hereinabove.

59.     It was further the policy of the City of Seattle, by and through the chief of police, to approve, acquiesce, condone and ratify the use of unreasonable force in violation of the First, Fourth and Fourteenth Amendment rights of the plaintiffs in the incident described hereinabove.

60.     For purposes of liability for said policies, practices and/or customs, the chief of police was the authorized policy-maker on police matters, and his decisions, explicit and *de facto*, were and are binding on defendant City of Seattle.

61.     The policy, practice and custom of approving, acquiescing in, condoning and/or ratifying the use of unreasonable force in violation of the First, Fourth and Fourteenth

COMPLAINT FOR DAMAGES - 10

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

Amendment rights of the plaintiffs in the incident described herein was a deliberate choice by defendant City of Seattle, by and through its chief of police.

62.     These policies, practices and customs were maintained with deliberate, reckless and/or callous indifference to the constitutional rights of the plaintiffs as set forth hereinabove.

63.     The above-described policies, practices and customs of defendant City of Seattle proximately caused the deprivation of the First, Fourth and Fourteenth Amendment rights of the plaintiffs.

64.     As a proximate result of the above-described policies, practices and customs of defendant City of Seattle, and as a result of the deprivation of plaintiffs' First, Fourth and Fourteenth Amendment rights, plaintiffs suffered personal injuries as set forth hereinabove.

65.     At all times material herein, defendant City of Seattle had a duty, under the United States Constitution, to properly supervise its police officers.

66.     At all times material herein, defendant City of Seattle had a duty, under the Fourth Amendment to the United States Constitution, to train its police officers not to attack innocent people with chemical weapons, including pepper spray.

67.     Defendant City failed to properly supervise defendants John Doe #1 and #2.

68.     Defendant City failed to properly train defendants John Doe #1 and #2.

69.     The above-described failures to supervise and to train were maintained with deliberate, reckless and/or callous indifference to the constitutional rights of the plaintiffs as set forth hereinabove.

COMPLAINT FOR DAMAGES - 11

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

70.     The above-described failures by defendant City to properly supervise and to properly train defendants John Doe #1 and #2 proximately caused the deprivation of the constitutional rights of the plaintiffs as set forth hereinabove.

71.     As a proximate result of the failure of defendants to properly supervise and train, and as a result of the deprivation of plaintiffs' constitutional rights, plaintiffs suffered personal injuries as set forth hereinabove.

COMPLAINT FOR DAMAGES - 12

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

## SIXTH CAUSE OF ACTION:
## NEGLIGENCE

72.     Plaintiffs hereby incorporate and reallege as if fully set forth herein each and every allegation of paragraphs 1 through 71.

73.     Defendants had a general affirmative duty toward the public and had a special affirmative duty toward the plaintiffs to refrain from causing injury to plaintiffs in accordance with the applicable standard of care.

74.     The acts and/or omissions of defendants, and each of them, were a breach of the duty of care defendants, and each of them, owed to the plaintiffs.

75.     As a direct, proximate and foreseeable result of the negligence of defendants, and each of them, plaintiffs sustained personal injuries as described hereinabove, and were damaged in an amount in excess of the minimum jurisdiction of this Court.

76.     Defendant City of Seattle is liable for the actions of defendants John Doe #1 and #2 under the doctrine of *respondeat superior*.  Defendants John Doe #1 and #2 are not being sued in this cause of action.

## PUNITIVE DAMAGES ALLEGATIONS

77.     Plaintiffs hereby incorporate and reallege as if fully set forth herein each and every allegation of paragraphs 1 through 76.

COMPLAINT FOR DAMAGES - 13

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

78.     The acts and omissions of defendants herein were motivated by evil motive or intent, or involved reckless or callous indifference to the constitutional rights of the plaintiffs as set forth hereinabove.

79.     Defendant City of Seattle should indemnify the individual defendants for any damages awarded against them at the trial of this action, including punitive damages.

80.     Defendant City of Seattle is responsible for the fault of the individual defendants because the individual defendants were acting as agents or servants of the City. Defendant City of Seattle is liable for all damages awarded against the individual defendants, including punitive damages. RCW 4.22.070(1)(a).

81.     Since plaintiffs Paige Kayner and Christopher Embrey are fault-free plaintiffs, defendant City of Seattle is jointly and severally liable for all damages awarded, including punitive damages. RCW 4.22.070(1)(b).

## PRAYER FOR RELIEF

WHEREFORE, plaintiffs pray for relief as follows:

Compensatory Damages:  The defendants should be required to pay compensatory damages in an amount to be proven at trial.

Punitive Damages:  The defendants should be required to pay punitive damages in an amount to be proven at trial pursuant to Title 42, United States Code, § 1983; Title 42, United States Code, § 1988; RCW 4.22.070(1)(a); and RCW 4.22.070(1)(b).

COMPLAINT FOR DAMAGES - 14

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

1
2            Attorneys' Fees: The defendants should be required to pay the plaintiffs' reasonable
3   attorneys' fees and costs pursuant to Title 42, United States Code, § 1988.
4            Other Relief: The Court should grant the plaintiffs such other and further relief as the
5   Court deems just and equitable.
6            DATED this the 30th day of December, 2004.
7
8                                          Respectfully submitted,
9                                          MUENSTER & KOENIG
10
11                                         By: _____
12                                             JOHN R. MUENSTER
13                                             WSBA No. 6237
                                               Attorney at Law
14
                                           Of Attorneys for Plaintiffs Paige Kayner and
15                                         Christopher Embrey
16
17
18
19
20
21
22
23
24
25
26
27   COMPLAINT FOR DAMAGES - 15
28

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101