Hon. Mary Alice Theiler

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAIGE KAYNER and CHRISTOPHER EMBREY, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF SEATTLE, et al., <br><br> Defendants. | NO. C04-2567 MAT <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

I.  *STIPULATION*

COME NOW the plaintiff, Christopher Embrey, by and through his attorney, John R. Muenster, and the defendants, by and through their attorneys, Ted Buck and

STIPULATION AND ORDER OF DISMISSAL - 1

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98101
(206)467-7500
FAX: (206)467-0101

Stephanie Grassia, and stipulate and agree that any and all claims by plaintiff Christopher Embrey against defendants may be dismissed with prejudice and without costs to any party in this action.

DATED this the _____ day of January, 2006.

Respectfully submitted,

MUENSTER & KOENIG

By:_____
   JOHN R. MUENSTER
   WSBA No. 6237
   Attorney at Law
Of Attorneys for Plaintiff Christopher Embrey

STAFFORD FREY COOPER

By:_____
   TED BUCK, WSBA #22029
   STEPHANIE GRASSIA, WSBA #34907

   Attorneys at Law
Of Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL - 2

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98101
(206)467-7500
FAX: (206)467-0101

II.  *ORDER*

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that any and all claims by plaintiff Christopher Embrey against defendants in the above-entitled action be, and the same hereby are, dismissed with prejudice and without costs to any party.

DATED this the <u>1st</u> day of February, 2006.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Presented by:

MUENSTER & KOENIG

By:_____
    JOHN R. MUENSTER
    Attorney at Law
    WSBA No. 6237
Of Attorneys for Plaintiff

Copy received; notice of presentation
waived; approved for entry:

STAFFORD FREY COOPER

By:_____
    TED BUCK, WSBA #22029
    STEPHANIE GRASSIA, WSBA #34907
Of Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL - 3

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98101
(206)467-7500
FAX: (206)467-0101