1                                                                                   Hon. Mary Alice Theiler

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| PAIGE KAYNER, et al., | ) | |
| | ) | |
| Plaintiff, | ) | NO. CV-04-2567 MAT |
| | ) | |
| v. | ) | [~~PROPOSED~~] ORDER SETTING |
| | ) | TRIAL AND RELATED DATES |
| THE CITY OF SEATTLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

FOUR DAY JURY TRIAL set for 9:30 A.M. on                                      June 4, 2007

All motions related to discovery must be filed by                           October 19, 2006
    and must be noted on the motion
    calendar no later than the third Friday thereafter
    (*See* CR 7(d))

Discovery completed by                                                           November 1, 2006

[~~PROPOSED~~] ORDER - 1

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98101
(206)467-7500
FAX: (206)467-0101

| | | |
|---|---|---|
| 1 | All dispositive motions must be filed by | January 25, 2007 |
| 2 | and noted on the motion calendar no later than | |
| 3 | fourth Friday thereafter (*see* CR 7(d)) | |
| 4 | Settlement conference per CR 39.1(c)(2) held no later than | February 27, 2007 |
| 5 | | |
| 6 | Mediation per CR 39.1(c)(3) held no later than | March 22, 2007 |
| 7 | All motions in limine must be filed by this date | May 7. 2007 |
| 8 | and noted on the motion calendar no later than | |
| 9 | the second Friday after filing | |
| 10 | Agreed pretrial order due | May 23, 2007 |
| 11 | | |
| 12 | Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | May 29, 2007 |

Counsel are to confer and indicate with their submissions which exhibits are agreed to by both sides. Proposed Jury Instructions shall conform to the Local Rule CR51. Counsel are requested to furnish the Court with a copy of the uncited Jury Instructions on computer disc, preferably in Word Perfect format.

Pretrial conference scheduled in chambers    May 30, 2007
Counsel with principal trial                  at 8:30 a.m.
responsibility <u>must</u> attend.

DATED this the <u>29th</u> day of June, 2006.

                                          */s/ Mary Alice Theiler*
                                          Mary Alice Theiler
                                          United States Magistrate Judge

[~~PROPOSED~~] ORDER - 2

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98101
(206)467-7500
FAX: (206)467-0101

Presented by:

MUENSTER & KOENIG

By: _____
      JOHN R. MUENSTER
      WSBA No. 6237
      Attorney at Law
Of Attorneys for Plaintiff

STAFFORD FREY COOPER

By:_____
      THERON A. BUCK
      Attorney at Law
      WSBA No. 22029
      STEPHANIE L. GRASSIA
      Attorney at Law
      WSBA No. 34907
Of Attorneys for Defendants

<u>CERTIFICATE OF SERVICE</u>

     The undersigned hereby certifies that on this the _____ day of June, 2006, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, to be served via CM/ECF on opposing counsel.

                                        _____
                                        Andi Anderson, Legal Assistant
                                        Muenster & Koenig

[~~PROPOSED~~] ORDER - 3

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98101
(206)467-7500
FAX: (206)467-0101